FILED
U.S. DIST. COURT
2009 SEP -1 AM 9: 56

CLERK _R. au_
SO. DIST. OF GA.

ALONZO MOREFIELD, JR., :

      Plaintiff, :

    vs. :     CIVIL ACTION NO.: CV607-010

HUGH A. SMITH, Warden, individually :
and STEVE DUPREE, Unit Manager, :

      Defendants. :

## ORDER

     Plaintiff filed a Motion for Default Judgment. He asserts that officials at Valdosta State Prison, where he is presently housed, confiscated all of his legal documents in violation of an Order dated "December 18, 2009" (sic). Defendants have filed a response. As noted by Defendants, the Court granted Defendants' Motion for Summary Judgment and dismissed this case by Order dated January 5, 2009. For this reason and the other reasons set forth in Defendants' response, Plaintiff's Motion for Default Judgment is **DENIED**.

     **SO ORDERED**, this _1st_ day of September, 2009.

                    JAMES E. GRAHAM
                    UNITED STATES MAGISTRATE JUDGE